**Opinion issued August 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00524-CR

_____

**FLOYD RANDOLPH SAWYER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Case No. 1380642**

---

## MEMORANDUM OPINION

Appellant, Floyd Randolph Sawyer, has filed a "Motion to Withdraw Appeal," which the Court construes as a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).